ENT        MD JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE COHEN,<br><br>       Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>      Defendant. | Case No. CV 06-8058 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED:      October 31, 2008

_/s/ Arthur Nakazato_
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY